# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                        Petitioners,                  20 **CIVIL** 2120 (VM)

      -against-                                 **JUDGMENT**

TRIANGLE ENTERPRISE NYC, INC.,

                        Respondents.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 4, 2020, that the motion for summary judgment so deemed by the Court as filed by Petitioners Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees Of The New York City Carpenters Relief and Charity Fund, Carpenter Contractor Alliance of Metropolitan New York, and New York City District Council of Carpenters (collectively, "Petitioners") (See "Petition," Dkt. No. 1) is **GRANTED**. It is further **ORDERED AND ADJUDGED** that the Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of Petitioners and against respondent Triangle Enterprise NYC,Inc. as follows: Awarding

Petitioners $494,263.49 pursuant to the January 25, 2020 arbitration award ("Award") plus interest from the date of the Award through the date of judgment with interest to accrue at the annual rate of 6.75% pursuant to the Award in the amount of $12,065.45;

    Awarding Petitioners $70 in costs arising out of the proceeding;

    Awarding Petitioners $687.50 in attorneys' fees arising out of the proceeding; and

    Awarding Petitioners post-judgment interest at the statutory rate.

**Dated:** New York, New York
       June 5, 2020

                            **RUBY J. KRAJICK**
                            _____
                            **Clerk of Court**
                **BY:**
                        _____
                              **Deputy Clerk**